UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
KEVIN YAN LUIS, *on behalf of himself and all others similarly situated*, :
: 
:     23-CV-3342 (JMF)
                  Plaintiff, :
:     <u>RESCHEDULING ORDER</u>
    -v- :
: 
BABY FOOT USA LLC, :
: 
                  Defendant. :
: 
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of the pending settlement conference, the initial pretrial conference previously scheduled for July 25, 2023, is hereby adjourned to **September 5, 2023**, at **9:00 a.m.**

    In the event the conference is held, the parties should join it by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

    SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                                                                       JESSE M. FURMAN
                                                                      United States District Judge