**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KEVIN YAN LUIS, on behalf of himself                  Case No. 1:23-cv-03342-JMF
and all others similarly situated,

                              Plaintiff,              **STIPULATION OF VOLUNTARY**
                                                      **DISMISSAL WITH PREJUDICE**

            -against-

BABY FOOT USA, LLC

                      Defendant.
-------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KEVIN YAN LUIS

("Plaintiff") and BABY FOOT USA, LLC ("Defendant"), by and through their undersigned

counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action

be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.


Dated: January 25, 2024


The Law Office of Noor A. Saab, Esq.          Cruser, Mitchell, Novitz, Sanchez, Gaston &  Zimet, LLP

By: _____                   By: _____
    Noor A. Saab Esq.                             Rondiene E. Novitz, Esq.
    *Attorney for Plaintiff*                      *Attorney for the Defendant*
    380 North Broadway, Penthouse West           341 Conklin Street
    Jericho, New York 11753                       Farmingdale, New York  11735
    Tel: 718-740-5060                             Tel: (516) 586-8513
    Email: noorasaablaw@gmail.com                 Email: rnovitz@cmlawfirm.com


SO ORDERED:


Dated: _____January 29_____, 2024            _____
                                              United States District Judge
                                                JESSE M. FURMAN

1